UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| ROYREGUIES HALL #473044/118979 | CIVIL ACTION NO. 17-1006 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| GEORGE NICHOLS, ET AL. | MAGISTRATE JUDGE HORNSBY |

**JUDGMENT**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's Motion for Summary Judgment (Record Document 34) is **DENIED**. **IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment (Record Document 27) is **GRANTED** and that all claims against all defendants are **DISMISSED WITH PREJUDICE**. **IT IS FURTHER ORDERED** that Plaintiff's Motion for Extension of Time to Respond to Supplemental Discovery Requests (Record Document 53) is **DENIED AS MOOT**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 17th day of July, 2019.

S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT